BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHLEEN A. SHEEHAN,  )<br>                                )<br>        Plaintiff,  )<br>                                )<br>   v.  )<br>                                )<br>CAROLYN W. COLVIN,  )<br>Acting Commissioner  )<br>of Social Security,  )<br>        Defendant.  )<br>_____ ) | Case No. 2:15-CV-01555-KJN<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

     Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to re-evaluate the medical opinions of record, and, if warranted, re-assess Plaintiff's residual functional capacity and obtain supplemental vocational testimony.

---

Stip & Order for Remand                                                               Case No. 2:15-CV-01555-KJN

                                    Respectfully submitted,

Dated: December 28, 2015            /s/ David F. Chermol*
                                    DAVID F. CHERMOL
                                    *authorized via email on December 28, 2015
                                    Attorney for Plaintiff


Dated: December 28, 2015            BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By:      /s/ Annabelle J. Yang
                                    ANNABELLE J. YANG
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner is REVERSED and the action is REMANDED for further administrative proceedings, as outlined above, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (ECF No. 15) is DENIED AS MOOT.

3. Judgment is entered for plaintiff.

4. The Clerk of Court shall close this case.

Dated: December 30, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE