BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8946
   Facsimile: (415) 744-0134
   E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHLEEN A. SHEEHAN, | Case No. 2:15-CV-01555-KJN |
|    Plaintiff, | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|    Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff will be awarded attorney fees in the amount of five-thousand, four-hundred dollars ($5,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and zero dollars ($00.00) in costs under Taxation of Costs, 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

After the Court issues an order for EAJA fees to Plaintiff, the Defendant will consider any assignment of EAJA fees to Plaintiff's counsel. Pursuant to *Astrue v. Ratliff*, the ability to

honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to David F. Chermol, pursuant to any assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel, including Chermol & Fishman, LLC,  may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 3, 2016

*/s/ David F. Chermol\**
DAVID F. CHERMOL
\*authorized via email on March 3, 2016
Attorney for Plaintiff

Dated: March 3, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, FOUR-HUNDRED DOLLARS AND ZERO CENTS ($5,400.00), as authorized by 28 U.S.C. § 2412(d), and costs in the amount of ZERO DOLLARS ($00.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated:  March 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE